IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:20-CR-00109-KDB-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| v. | ) | **ORDER** |
| ANTHONY BLANE BYRNES, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Dismiss (Doc. No. 20) the Indictment (Doc. No. 14) without prejudice, following Defendant's guilty plea to the Bill of Information filed in Case No. 3:20-cr-00192-KDB-DSC. The Court **GRANTS** the Government's Motion.

**IT IS THEREFORE ORDERED** that the Indictment (Doc. No. 14) be **DISMISSED** without prejudice.

Signed: June 24, 2020

Kenneth D. Bell
United States District Judge